No. 79–264.   WATKINS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–267.   GIRARD ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 79–275.   BOOTH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–285.   GITCHO *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 79–316.   DUNCAN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 79–319.   ROUNDTREE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–5001.   FAMBROUGH ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 79–5005.   ALLEN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–5006.   STANLEY *v.* HAWAII.   Sup. Ct. Hawaii.   Certiorari denied.

No. 79–5008.   SALAS *v.* MILLER, SECRETARY OF THE TREASURY, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 79–5011.   BUTLER ET AL. *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 79–5012.   KINNELL *v.* MARQUEZ, CORRECTIONS SECRETARY, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 79–5014.   RANDALL *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 79–5015.   PANTHASRI ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.